Steven M. Anderson (Bar No. 144014)
stevenanderson@quinnemanuel.com
Rory S. Miller (Bar No. 238780)
rorymiller@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

John Flock (*Pro Hac Vice*)
jflock@kenyon.com
Miriam Martinez (*Pro Hac Vice*)
mmartinez@kenyon.com
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200
(212) 425-5288 (fax)

John R. Hutchins (*Pro Hac Vice*)
jhutchins@kenyon.com
KENYON & KENYON LLP
1500 K Street, N.W., Suite 700
Washington, D.C. 20005
(202) 220-4200
(202) 220-4201 (fax)

Attorneys for Plaintiff
Sony Corporation

Michael J. McKeon
(Admission *Pro Hac Vice* pending)
mckeon@fr.com
FISH & RICHARDSON P.C.
1425 K Street NW, 11th Floor
Washington, DC 20008
Telephone:   202-783-5070
Facsimile:    202-783-2331

Christopher S. Marchese
(SBN 170239)
marchese@fr.com
Michael A. Amon (SBN 226221)
amon@fr.com
Michael M. Rosen (SBN 230964)
rosen@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Telephone:   858-678-5070
Facsimile:    858-678-5099

Attorneys for Defendants,
LG ELECTRONICS U.S.A., INC., a
Delaware corporation and
LG ELECTRONICS
MOBILECOMM U.S.A., INC., a
California corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC., a Delaware corporation and LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>Defendants. | Case No. 2:10-cv-09967-CAS-PJW<br><br>**JOINT PROPOSED SCHEDULE** |

Pursuant to Federal Rule of Civil Procedure 26(f), Central District of California Local Rule 26-1 and the Court's request at the Scheduling Conference held July 18, 2011, Plaintiff Sony Corporation ("Sony") and Defendants LG Electronics U.S.A., Inc. and LG Electronics Mobilecomm U.S.A., Inc. (collectively "LGE"), by and through their respective counsel of record, hereby submit the following joint proposed schedule.

| Nature of Discovery/Event | Stipulated Deadline |
|---|---|
| Last day to add parties | October 10, 2011 |
| Parties submit joint claim construction chart | February 3, 2012 |
| Sony and LGE file opening claim construction briefs | March 2, 2012 |
| Sony and LGE file rebuttal claim construction briefs | March 19, 2012 |
| Hearing on Claim Construction | March 26, 2012 |
| Disclosure of opinions of counsel | April 6, 2012 |
| Fact discovery ends | May 25, 2012 |
| Initial Expert Reports | June 15, 2012 |
| Rebuttal Expert Reports | July 13, 2012 |
| Expert Discovery Ends | August 16, 2012 |
| Settlement Proceeding | August 24, 2012 |
| Last day to file dispositive and *Daubert* Motions | September 5, 2012 |

| | |
|---|---|
| Final pretrial conference | November, 5 2012 (subject to the Court's convenience) |
| Trial | December 3, 2012 (subject to the Court's convenience) |

| | | |
|---|---|---|
| 1 | DATED: July 29, 2011 | Respectfully submitted, |
| 2 | | |
| 3 | | KENYON & KENYON LLP |
| 4 | | |
| 5 | | By /s/ John R. Hutchins |
| 6 | | John R. Hutchins (*Pro Hac Vice*) |
| 7 | | Attorneys for Plaintiff Sony Corporation |
| 8 | *Of Counsel:* | |
| 9 | John Flock (*Pro Hac Vice*)<br>Miriam Martinez (*Pro Hac Vice*) | |
| 10 | | |
| 11 | | |
| 12 | DATED: July 29, 2011 | Respectfully submitted, |
| 13 | | |
| 14 | | FISH & RICHARDSON P.C. |
| 15 | | |
| 16 | | /s/ Christopher S. Marchese<br>By (*with permission*) |
| 17 | | Christopher S. Marchese |
| 18 | | Attorneys for Defendants-<br>Counterclaimants LG Electronics U.S.A., |
| 19 | | INC. and LG Electronics Mobilecomm |
| 20 | | U.S.A., INC. |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

Pursuant to parties Rule 26(f) Report, I hereby certify that I served a true and correct copy of the **JOINT PROPOSED SCHEDULE** upon counsel for LG Electronics U.S.A., INC. and LG Electronics Mobilecomm U.S.A., INC. at the following email address on July 29, 2011.

FishLG-SonyCDCA10-CV-9967Service@fr.com

/s/ Liberty Quan
Liberty Quan