| | |
|---|---|
| Steven M. Anderson (Bar No. 144014)<br>stevenanderson@quinnemanuel.com<br>Rory S. Miller (Bar No. 238780)<br>rorymiller@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone:   (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>John Flock (*Pro Hac Vice*)<br>jflock@kenyon.com<br>Miriam Martinez (*Pro Hac Vice*)<br>mmartinez@kenyon.com<br>KENYON & KENYON LLP<br>One Broadway<br>New York, New York 10004<br>(212) 425-7200<br>(212) 425-5288 (fax)<br><br>John R. Hutchins (*Pro Hac Vice*)<br>jhutchins@kenyon.com<br>KENYON & KENYON LLP<br>1500 K Street, N.W., Suite 700<br>Washington, D.C. 20005<br>(202) 220-4200<br>(202) 220-4201 (fax)<br><br>Attorneys for Plaintiff<br>Sony Corporation | Michael J. McKeon<br>(Admission *Pro Hac Vice*<br>pending)<br>mckeon@fr.com<br>FISH & RICHARDSON P.C.<br>1425 K Street NW, 11th Floor<br>Washington, DC 20008<br>Telephone:  202-783-5070<br>Facsimile:   202-783-2331<br><br>Christopher S. Marchese<br>(SBN 170239)<br>marchese@fr.com<br>Michael A. Amon (SBN 226221)<br>amon@fr.com<br>Michael M. Rosen (SBN 230964)<br>rosen@fr.com<br>FISH & RICHARDSON<br>P.C.12390 El Camino Real<br>San Diego, CA 92130-2081<br>Telephone:  858-678-5070<br>Facsimile:   858-678-5099<br><br>Attorneys for Defendants,<br>LG ELECTRONICS U.S.A.,<br>INC., a Delaware corporation<br>and<br>LG ELECTRONICS<br>MOBILECOMM U.S.A., INC.,<br>a California corporation |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY CORPORATION, a Japanese corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>LG ELECTRONICS U.S.A., INC., a Delaware corporation and LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>           Defendants. | Case No. 2:10-cv-09967-CAS-PJW<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

| | |
|---|---|
| 1 | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| 2 | IT IS HEREBY STIPULATED AND AGREED TO by and between the |
| 3 | parties that all claims and counterclaims asserted in this action are hereby dismissed |
| 4 | without prejudice based on a confidential settlement agreement between the parties. |
| 5 | Each party shall bear its own costs and attorneys' fees. |
| 6 | /// |
| 7 | /// |
| 8 | /// |
| 9 | /// |
| 10 | /// |
| 11 | /// |
| 12 | /// |
| 13 | /// |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

| | | |
|---|---|---|
| 1 | DATED: August 10, 2011 | Respectfully submitted, |
| 2 | | |
| 3 | | KENYON & KENYON LLP |
| 4 | | |
| 5 | | By /s/ John R. Hutchins |
| 6 | | John R. Hutchins (*Pro Hac Vice*) |
| 7 | | Attorneys for Plaintiff Sony Corporation |
| 8 | | |
| 9 | | |
| 10 | DATED: August 10, 2011 | Respectfully submitted, |
| 11 | | |
| 12 | | FISH & RICHARDSON P.C. |
| 13 | | |
| 14 | | /s/ Christopher S. Marchese<br>By (*with permission*) |
| 15 | | Christopher S. Marchese |
| 16 | | Attorneys for Defendants-<br>Counterclaimants LG Electronics U.S.A., |
| 17 | | INC. and LG Electronics Mobilecomm |
| 18 | | U.S.A., INC. |

## **CERTIFICATE OF SERVICE**

Pursuant to parties Rule 26(f) Report, I hereby certify that I served a true and correct copy of the STIPULATION OF DISMISSAL WITHOUT PREJUDICE upon counsel for LG Electronics U.S.A., INC. and LG Electronics Mobilecomm U.S.A., INC. at the following email address on August 10, 2011.

FishLG-SonyCDCA10-CV-9967Service@fr.com

/s/ Liberty Quan
Liberty Quan