UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| SONY CORPORATION, a Japanese corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>LG ELECTRONICS U.S.A., INC., a Delaware corporation and LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>                    Defendants. | Case No. 2:10-cv-09967-CAS-PJW<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

Having carefully considered the parties' Stipulation of Dismissal without Prejudice,

**IT IS HEREBY ORDERED THAT** all claims and counterclaims asserted in this action are hereby dismissed without prejudice based on a confidential settlement agreement between the parties. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: 8/11/11                              SO ORDERED:

*/s/ Christina A. Snyder*
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE